IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN DOW HANDEY,** | ] |
| **Plaintiff,** | ] |
| v. | ] CV-07-BE-1422-S |
| **BRINKER INTERNATIONAL, INC., et al.,** | ] |
| **Defendants.** | ] |

### ORDER

This case is before the court on "Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1) of Brinker International, Inc. and Brinker Restaurant Corporation" (doc. 15). The court DISMISSES all claims against Defendants Brinker International, Inc. and Brinker Restaurant Corp. without prejudice, with each side bearing their own costs. The case will proceed as to all remaining parties.

DONE and ORDERED this 25th day of October 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE