FILED
 2008 Jun-05  AM 09:42
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN DOW HANDEY,** individually and as Representative of all other persons similarly situated, ]<br><br>Plaintiff, ]<br><br>v. ]<br><br>**VALENTI SOUTH EAST MANAGEMENT, INC.,** ]<br><br>Defendant. ] | CV-07-BE-1422-S |

## FINAL ORDER

The court, having received "Plaintiffs' Unopposed Notice of Voluntary Dismissal" (doc. 43), dismisses this action with prejudice, costs taxed as paid.

DONE and ORDERED this 5th day of June 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE